830

No. 73–1659. ZANFARDINO v. UNITED STATES; and

No. 73–6864. BORIA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 496 F. 2d 887.

No. 73–1660. SHADLETSKY, AKA SHAD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–1661. KOVASH v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 73–1662. TIBBITTS ET UX. v. CUSSEN, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied.

No. 73–1664. BAILEY v. IOWA BEEF PROCESSORS, INC. Sup. Ct. Iowa. Certiorari denied.

No. 73–1665. CARIBTOW CORP. v. OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION. C. A. 1st Cir. Certiorari denied.

No. 73–1677. BORG-WARNER CORP. v. KING-SEELEY THERMOS CO. C. A. 7th Cir. Certiorari denied.

No. 73–1678. DONALDSON v. CITY COUNCIL, CITY OF PLANTATION. Sup. Ct. Fla. Certiorari denied.

No. 73–1681. GEORGE STEINBERG & SON, INC. v. BUTZ, SECRETARY OF AGRICULTURE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 73–1684. GARNER v. LOUISIANA STATE BOARD OF EDUCATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–1685. ARBER ET AL. v. ESSEX WIRE CORP. ET AL. C. A. 6th Cir. Certiorari denied.